UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Stacy L Anderson,

                                                     Chapter 7
                                  Case No. 25-43012 MAB

Debtor.

ORDER GRANTING RELIEF MOTION FOR FROM THE AUTOMATIC STAY

      This case is before the court on the motion of Bank of America, N.A., for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

      Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

      IT IS ORDERED:

1.     The motion for relief from the automatic stay is granted as follows.

2.     The automatic stay imposed by 11 U.S.C. § 362(a) is terminated as to the estate's interest in the property such that movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

       2022 Airstream Caravel 20FB, VIN: 1STCMAD14NJ563159

3.     Notwithstanding Fed. R. Bankr. P. 4001(a)(4), this order is effective immediately.

Dated: *December 11, 2025*

                                            *s/ Mychal A. Bruggeman*
                                            Mychal A Bruggeman
                                            United States Bankruptcy Judge